UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALPHONSE FASCITELLI                         CIVIL ACTION

VERSUS                                      NO. 11-1776

CITY OF KENNER, ET AL                       SECTION "C" (1)

ORDER AND REASONS

IT IS ORDERED that the motion to dismiss filed by the City of Kenner, Kenner Police Department and Steve Caraway, in his official capacity as Chief of Police for the City of Kenner is GRANTED.  Rec. Doc. 5.  The motion is properly supported with legal authority.  In addition, chambers attempted to contact counsel for the plaintiff by phone on August 22, 2011, and August 24, 2011, and left voice messages asking that counsel for the plaintiff contact chambers about any opposition to this motion. Counsel for the plaintiff did not return those calls.  On a third attempt by chambers to contact counsel for the plaintiff on August 29, 2011, counsel for the plaintiff was advised of the necessity of filing an opposition immediately and the possibility of dismissal.  No opposition has been filed.

New Orleans, Louisiana, this 6th day of September, 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT